

2010 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

7-22-2010

# Greene v. Palakovich

Precedential or Non-Precedential: Precedential

Docket No. 07-2163

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2010

Recommended Citation

"Greene v. Palakovich" (2010). *2010 Decisions.* Paper 827.
http://digitalcommons.law.villanova.edu/thirdcircuit_2010/827

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2010 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 07-2163

_____

ERIC GREENE
also known as
JARMAINE Q. TRICE

v.

JOHN A. PALAKOVICH; THE DISTRICT ATTORNEY OF THE
PHILADELPHIA COUNTY; THE ATTORNEY GENERAL OF THE
STATE OF PENNSYLVANIA

Eric Greene,
Appellant

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
District Court  No. 04-cv-05200
District Judge: The Honorable Clifford Scott Green

_____

Argued March 8, 2010

Before: AMBRO, SMITH,  and MICHEL,[*] Circuit Judges

(Opinion Filed: May 28, 2010)

**ORDER  AMENDING DISSENTING OPINION**

_____

[*]  At the time this matter was submitted to the Court, Judge Michel, who sat by designation, was a member of the panel.  As Judge Michel retired from the Federal bench on May 31, 2010, this order is filed by a quorum of the panel.  28 U.S.C. § 46(d).

AMBRO, Circuit Judge

IT IS NOW ORDERED that the published Dissenting Opinion in the above case filed May 28, 2010, be amended as follows:

On page 14, carryover paragraph, line 6, change "bright-line" to "bright line".

On page 19, footnote 9, line 4, change "[its]" to "[their]".

On page 22, carryover paragraph, line 7, change "places" to "does not place".

By the Court,

/s/ Thomas L. Ambro, Circuit Judge

Dated: July 22, 2010

2